UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                         CASE NO.: 6:13-bk-09074-ABB

    MICHAEL SEAN HARTMAN and
    NANCY ANN HARTMAN

          Debtor(s).                                       CHAPTER 13
_____/

____X____ **Chapter 13 Plan**                    _____ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 60     (August 2013 – July 2018) | $ 11,000.00 |

    The Debtor(s)(s) shall pay by **money order, cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| KEL, PLLC | $ 2,500.00 | $ 900.00 | 1 – 2 |
|  |  | $ 700.00 | 3 |
| Monitoring Fees | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| ORANGE CTY TAXES | $ 51,000.000 | $ 850.00 | 1 – 60 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| WELLS FARGO HM MTG | $ 142,006.00 | $ 1,270.73* | 1 – 60 |
| FIRST SOUTHERN BANK | $ 750,000.00 | $ 6,870.20* | 1 – 60 |
| * Paid at Contractual Rate | | | |
| ALLY FINANCIAL | | | Outside Plan |
| SANTANDER CONSUMER | | | Outside Plan |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to Be Surrendered:**

| Creditor Name: | Property Description: |
|---|---|
| CITIMORTGAGE GROUP | 830 N. Atlantic Ave B1207 Cocoa Beach, FL 32931 |
| WELLS FARGO FINANCIAL | 97 Sea Ray boat & 97 Trailer |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| REGIONS BANK | $ 99,146.00 | $ 0.00 | NONE |

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

The following Executory Contracts are assumed
**Name of Creditor:**          **Description of Collateral:**          **Month Numbers:**

NONE

**The following Executory Contracts are rejected:**
**Name of Creditor:**                    **Description of Collateral:**

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 21 %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

### CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 6th day of August, 2013.

/s/ _____
Debtor Signature

/s/ Nancy A. Hartman
Debtor Signature

/s/ Brad Bader, Esq.
Brad Bader, Esq.
Attorney for Debtor
Kaufman, Englett & Lynd, PLLC
111 N. Magnolia Ave. Suite 1500
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Fla Bar No.: 92250

| DUE DATE 24TH | | Unsecured | HARTMAN Debtor Pmt | 13-9074ABB 10.0% Tee Fee | | ATTY $5,200.00 | WELLS FARGO HM MORTGAGE | REGIONS BANK | FIRST SOUTHERN BANK | CITIMORTGAGE GROUP | WELLS FARGO FINANCIAL | 13 Dodge ALLY FINANCIAL | 06 Ford SANTANDER CONSUMER | PROPERTY TAXES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | $51,000.00 |
| 8/24/2013 | 1 | $9.07 | $11,000.00 | $1,100.00 | | $900.00 | $1,270.73 | Valuation | | Surrender | Surrender | Outside Plan | Outside Plan | $850.00 |
| 9/24/2013 | 2 | $9.07 | $11,000.00 | $1,100.00 | 2 at | $900.00 | $1,270.73 | | $6,870.20 | | | Pd by Company | Pd by Company | $850.00 |
| 10/24/2013 | 3 | $209.07 | $11,000.00 | $1,100.00 | 1 at | $700.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 11/24/2013 | 4 | $909.07 | $11,000.00 | $1,100.00 | | | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 12/24/2013 | 5 | $909.07 | $11,000.00 | $1,100.00 | 3 at | | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 1/24/2014 | 6 | $909.07 | $11,000.00 | $1,100.00 | | | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 2/24/2014 | 7 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 3/24/2014 | 8 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 4/24/2014 | 9 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 5/24/2014 | 10 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 6/24/2014 | 11 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 7/24/2014 | 12 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 8/24/2014 | 13 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 9/24/2014 | 14 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 10/24/2014 | 15 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 11/24/2014 | 16 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 12/24/2014 | 17 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 1/24/2015 | 18 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 2/24/2015 | 19 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 3/24/2015 | 20 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 4/24/2015 | 21 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 5/24/2015 | 22 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 6/24/2015 | 23 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 7/24/2015 | 24 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 8/24/2015 | 25 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 9/24/2015 | 26 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 10/24/2015 | 27 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 11/24/2015 | 28 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 12/24/2015 | 29 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 1/24/2016 | 30 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 2/24/2016 | 31 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 3/24/2016 | 32 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 4/24/2016 | 33 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 5/24/2016 | 34 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 6/24/2016 | 35 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 7/24/2016 | 36 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 8/24/2016 | 37 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 9/24/2016 | 38 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 10/24/2016 | 39 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 11/24/2016 | 40 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 12/24/2016 | 41 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 1/24/2017 | 42 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 2/24/2017 | 43 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 3/24/2017 | 44 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 4/24/2017 | 45 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 5/24/2017 | 46 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 6/24/2017 | 47 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 7/24/2017 | 48 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 8/24/2017 | 49 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 9/24/2017 | 50 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 10/24/2017 | 51 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 11/24/2017 | 52 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 12/24/2017 | 53 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 1/24/2018 | 54 | $859.07 | $11,000.00 | $1,100.00 | 54 at | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 2/24/2018 | 55 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 3/24/2018 | 56 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 4/24/2018 | 57 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 5/24/2018 | 58 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 6/24/2018 | 59 | $859.07 | $11,000.00 | $1,100.00 | | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| 7/24/2018 | 60 | $859.07 | $11,000.00 | $1,100.00 | 60 at | $50.00 | $1,270.73 | | $6,870.20 | | | | | $850.00 |
| | | $49,344.20 | $660,000.00 | $66,000.00 | | $5,200.00 | $76,243.80 | | $412,212.00 | | | | | $51,000.00 |
| | | $232,695.00 | | 21% | | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-09074-ABB<br>Middle District of Florida<br>Orlando<br>Tue Aug  6 10:45:55 EDT 2013 | Stonewood Towers Condominium Association, In<br>c/o Carlos R. Arias, Esq.<br>Clayton & McCulloh<br>1065 Maitland Center Commons Blvd.<br>Maitland, FL 32751-7437 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 |
| Abn Amro Mortgage Grou<br>PO BOX 9438<br>Gaithersburg, MD 20898-9438 | Ally Financial<br>Po Box 78234<br>Phoenix, AZ 85062-8234 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citimortgage<br>P.O. Box 653084<br>Dallas, TX 75265-3084 |
| Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 | Exxmblciti<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | First Southern Bank<br>945 S. Orange Ave<br>Orlando, FL 32806-1212 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gecrb/tydc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| M&W Marine<br>1529 Bishop Branch Road<br>Pendleton, SC 29670-9705 | Orange County Property Taxes<br>200 S. Orange Ave.<br>Suite 1700<br>Orlando, FL 32801-3438 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Santander Consumer USA<br>P.O. BOX 560284<br>Dallas, TX 75356-0284 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Stonewood Towers Condo Assoc<br>820 N Atlantic Avenue<br>Cocoa Beach, FL 32931-3199 | United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 |
| Unvl/citi<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P610<br>Po Box 3908<br>Portland, OR 97208-3908 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |

| | | |
|---|---|---|
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wfs Financial/Wachovia Dealer Srvs<br>Po Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Brad Bader<br>Law Office of Kaugman Englett & Lynd<br>111 N. Magnolia Avenue<br>Suite 1600<br>Orlando, FL 32801-2367 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Michael Sean Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 | Nancy Ann Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35