UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                               CASE NO.: 6:13-bk-09074-ABB

    MICHAEL SEAN HARTMAN and
    NANCY ANN HARTMAN

    Debtor(s).                                  CHAPTER 13
_____/

## VERIFIED MOTION TO STRIP LIEN OF REGIONS BANK

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100 Orlando, FL 32801 and serve a copy on the Trustee, Laurie K Weatherford, Post Office Box 3450, Winter Park, FL 32790 and Brad Bader, Esq., Kaufman, Englett and Lynd, 111 N. Magnolia Avenue, Suite 1500, Orlando, FL 32801.

    If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

    COME(S) NOW the Debtor(s), MICHAEL SEAN HARTMAN and NANCY ANN HARTMAN, by and through the undersigned attorney, and file this Motion to Strip Lien of REGIONS BANK pursuant to 11 U.S.C. § 506 of the Bankruptcy Code and Bankruptcy Rule 3012 and in support thereof state the following:

1. The Debtor(s) filed petition under Title 11, Chapter 13 of the United States Bankruptcy Code on July 23, 2013.

2. In the schedules filed with the petition in this case and on the master mailing matrix filed with the Clerk of this Court, a debt was listed in favor of REGIONS BANK for the deed of trust their petition and schedules that there was no equity in the residential real estate to which the second lien could secure at the time that the petition was filed, therefore, provided for the claim to paid as an unsecured claim under the terms of the confirmed plan.

3. Pursuant to the Orange County Property Appraisers at the time they filed their bankruptcy petition and at the present time the value of the interest in the said residential real estate was and is approximately $ 126,930.00 (attached hereto as Exhibit A).

> LEGAL DESCRIPTION:
>
> LOT 48, ISLAND CLUB AT RIO PINAR LAJES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 29, PAGES 69 AND 70, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

4. The Debtors interest in the real estate is subject to the first lien arising out of a mortgage in favor of WELLS FARGO HOME MORTGAGE in the amount of $142,006.00.

5. The Debtors interest in the residential real estate is subject to a second lien in favor of REGIONS BANK in the amount of $99,146.00.

6. The lien securing the second mortgage of REGIONS BANK is junior to the first mortgage listed above as owing to WELLS FARGO HOME MORTGAGE.

7. Pursuant to 11 U.S.C. § 506(a), REGIONS BANK has no allowable secured claim regarding the claim for the second lien on the subject real estate.

8. Any timely filed claim of REGIONS BANK for the second lien is allowable only as an unsecured claim and in the event that no such claim is filed REGIONS BANK will have no claim against this estate.

WHEREFORE, the Debtors respectfully pray of the Court as follows:

A. That this Court determine that REGIONS BANK has no secured interest for the second lien on the residential real estate of the Debtors;

B. That this Court order REGIONS BANK to cancel the second lien on the residential real estate of the debtors pursuant to 11 U.S.C. § 506(d), immediately upon entry of the Discharge Order and deliver the same to the attorney for the debtors within 20 days from the date of the entry of the said order at no charge or fee for the aforesaid cancellation and delivery;

C. That this Court direct the Trustee that any timely filed proof of claim of REGIONS BANK for the second lien be treated as an unsecured claim under the plan; and

D. That the Court grant such other and further relief as is proper and just.

## DECLARATION

We, MICHAEL SEAN HARTMAN and NANCY ANN HARTMAN, swear or affirm that the information contained in this Motion to Strip Lien is true and correct to the best of my knowledge, information and belief.

_____          _____
MICHAEL SEAN HARTMAN                    NANCY ANN HARTMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Strip Lien has been furnished by Electronic Notice or Regular U.S. Mail to:

Chapter 13 Trustee, Laurie K. Weatherford, PO BOX 3450, Winter Park, FL 32790;
Debtor(s), Michael Sean Hartman and Nancy Ann Hartman, 2308 Island Club Way, Orlando, FL 32822;
Creditor, REGIONS BANK, Po Box 11007, Birmingham, AL 35288; and
Creditors Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

/s/ Brad Bader, Esq.
Attorney for Debtors
Brad Bader, Esq.
Kaufman, Englett and Lynd, PLLC
111 N. Magnolia Ave. Suite 1600
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Fla Bar No.: 92250

# Property Record - 02-23-30-3885-00-480

Orange County Property Appraiser •
http://www.ocpafl.org

## Property Summary

**Property Name**
2308 Island Club Way
**Names**
Hartman Michael S
Hartman Nancy A
**Municipality**
ORG - Un-Incorporated
**Property Use**
0101 - Single Family

**Mailing Address**
2308 Island Club Way
Orlando, FL 32822-8424
**Physical Address**
2308 Island Club Way
Orlando, FL 32822



**QR Code For Mobile Phone**





302302388500480  06/13/2006



## Value and Taxes

### Historical Value and Tax Benefits

| Tax Year Values | Land | | Building(s) | | Feature(s) | | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2013 [W][MKT] | $25,000 | + | $80,039 | + | $23,500 | = | $128,539 (3.0%) | $126,930 (1.7%) |
| 2012 [✓][MKT] | $22,000 | + | $78,708 | + | $24,100 | = | $124,808 (-4.6%) | $124,808 (-2.8%) |
| 2011 [✓][MKT] | $25,000 | + | $81,093 | + | $24,700 | = | $130,793 (3.4%) | $128,447 (1.5%) |
| 2010 [✓][MKT] | $24,767 | + | $77,482 | + | $24,300 | = | $126,549 (-31%) | $126,549 (-6.3%) |
| 2009 [✓][MKT] | $55,000 | + | $102,416 | + | $26,980 | = | $184,396 | $135,025 |