UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                          CASE NO.: 6:13-bk-09074-ABB

MICHAEL SEAN HARTMAN and
NANCY ANN HARTMAN

Debtor(s).                                                                   CHAPTER 13
_____/

### ORDER GRANTING DEBTORS' VERIFIED MOTION TO STRIP LIEN OF REGIONS BANK AND FOR DETERMINATION THAT CLAIM IS UNSECURED
### (Doc No. 18)

This case came on for consideration upon Debtor's Verified Motion to Strip Lien of REGIONS BANK ("Creditor") and for Determination that Claim is Unsecured (Doc. 18). REGIONS BANK has withdrawn their objection to the Debtor's verified Motion. Accordingly, it is

**ORDERED:**

1. The Motion to Avoid Lien is granted.

2. The Creditor has a second mortgage lien on Debtor's real property, described as:

   **Legal Description:**

   **LOT 48, ISLAND CLUB AT RIO PINAR LAJES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 29, PAGES 69 AND 70, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**
   **Address: 2308 Island Club Way Orlando, FL 32822**

3. The claim of Creditor shall be treated as an unsecured claim in this Chapter 13 case.

4.      Creditor's lien is void pursuant to 11 USC 506(d) and automatically extinguished upon entry of an Order of Discharge pursuant to 11 USC 727, 11 USC 1141, or 11 USC 1328.

DONE and ORDERED in Orlando, Florida, this 13th day of September, 2013

ARTHUR B BRISKMAN
United States Bankruptcy Judge

**Attorney, Brad Bader, Esq., is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the order.**