UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                    CASE NO.: 6:13-bk-09074-ABB
                                                          Chapter 13
MICHAEL HARTMAN
NANCY HARTMAN,

    Debtors.
_____/

**OBJECTION BY WELLS FARGO BANK, N.A. TO CONFIRMATION
OF CHAPTER 13 PLAN FILED BY THE DEBTORS**

Creditor, WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., (hereinafter referred to as "WELLS"), by and through its undersigned counsel, files its Objection to Debtor's Chapter 13 Plan pursuant to 11 U.S.C. §§ 506, 1307, 1324, 1325(a), and Federal Rules of Bankruptcy Procedure 3012, and in support states as follows:

1.    The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on July 23, 2013.

2.    The Court has jurisdiction of this matter pursuant to 28 U.S.C. §157(b)(2)(A), (b)(2)(G) and §1334.

3.    WELLS is a creditor of the Debtor by way of a Prime Equity Line of Credit Agreement dated March 14, 2013.

4.    Debtor currently owes WELLS an aggregate amount of $35,048.01. A Proof of Claim has been filed by WELLS which sets forth in detail the amounts due and owing.

5.    WELLS objects to the Debtors' Plan as it contains numerous inaccuracies and inconsistencies regarding the claim of WELLS.

6.     First and foremost, Debtor Nancy Hartman is over the allowable debt limits for a Chapter 13 case.

7.     In addition, the Debtors propose a monthly plan payment of $11,000.00 per month; however, the Debtors do not indicate enough income on Schedule I and Schedule J to support the monthly plan payment as proposed.

8.     Accordingly, the Debtors' Plan lacks feasibility and fails to meet the requirements for confirmation.

9.     WELLS seeks reimbursement for its attorneys fees incurred in the filing of these objections as WELLS is secured and the loan documentation provides for such reimbursement from the Debtor.

WHEREFORE, Creditor, WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A., respectfully requests this Honorable Court deny confirmation of the Debtor's proposed Chapter 13 Plan, and/or dismiss this case, award reasonable attorneys fees, and such further relief the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail or U.S. mail to: Michael and Nancy Hartman 2308 Island Club Way Orlando, FL 32822, Brad Bader of the Law Office of Kaugman Englett and Lynd 11 N. Magnolia Avenue Suite 1600 Orlando, FL 32801; Laurie K. Weatherford P.O Box 3450 Winter Park, FL 32790; United States Trustee-ORL 7/13 Office of the United States Trustee, George C Young Building  400 W Washington St, Suite 1100, Orlando, FL 32801, this 21st day of October Orlando, 2013.

          KELLEY & FULTON, P.A.
          Attorney for Wells Fargo Bank, N.A., as
          Successor in Interest to Wachovia Bank, N.A.
          1665 Palm Beach Lakes Blvd.
          The Forum - Suite 1000
          West Palm Beach, Florida 33401
          Tel: (561) 491-1200
          Fax:(561) 684-3773
          By:__/s/ Craig I. Kelley_____

                Craig I. Kelley, Esquire
                Florida Bar No.: 782203

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-09074-ABB<br>Middle District of Florida<br>Orlando<br>Thu Aug 22 13:36:56 EDT 2013 | FIRST SOUTHERN BANK<br>c/o Michael A. Nardella, Esquire<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | Michael Sean Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 |
| Nancy Ann Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 | Stonewood Towers Condominium Association, In<br>c/o Carlos R. Arias, Esq.<br>Clayton & McCulloh<br>1065 Maitland Center Commons Blvd.<br>Maitland, FL 32751-7437 | Wells Fargo Bank, N.A., successor by merger<br>Law Offices of Dennis LeVine & Associate<br>P.O. Box 707<br>Tampa, FL 33601-0707 |
| Abn Amro Mortgage Grou<br>PO BOX 9438<br>Gaithersburg, MD 20898-9438 | Ally Financial<br>Po Box 78234<br>Phoenix, AZ 85062-8234 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citimortgage<br>P.O. Box 653084<br>Dallas, TX 75265-3084 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| First Southern Bank<br>945 S. Orange Ave<br>Orlando, FL 32806-1212 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gecrb/tydc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | M&W Marine<br>1529 Bishop Branch Road<br>Pendleton, SC 29670-9705 | Orange County Property Taxes<br>200 S. Orange Ave.<br>Suite 1700<br>Orlando, FL 32801-3438 |
| Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Santander Consumer USA<br>P.O. BOX 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Stonewood Towers Condo Assoc<br>820 N Atlantic Avenue<br>Cocoa Beach, FL 32931-3199 |
| United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P6103-05K<br>Po Box 3908<br>Portland, OR 97208-3908 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |

```
(p)WELLS FARGO BANK NA                      Wfs Financial/Wachovia Dealer Srvs         Laurie K Weatherford +
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING Po Box 3569                                Post Office Box 3450
ATTN BANKRUPTCY DEPT MAC X7801-014           Rancho Cucamonga, CA 91729-3569            Winter Park, FL 32790-3450
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203


United States Trustee - ORL7/13 7+           Alison Verges Walters +                    Alice A Blanco +
Office of the United States Trustee          Dennis LeVine & Associates, PA             Aldridge Connors LLP
George C Young Federal Building              PO Box 707                                 Fifteen Piedmont Center
400 West Washington Street, Suite 1100       Tampa, FL 33601-0707                       3575 Piedmont Road Northeast - Suite 500
Orlando, FL 32801-2217                                                                  Atlanta, GA 30305-1636


Carlos R Arias +                             Michael Nardella +                         Brad Bader +
Clayton & McCulloh                           Burr & Forman, LLP                         Law Office of Kaugman Englett & Lynd
1065 Maitland Center Commons Boulevard       200 S. Orange Avenue                       111 N. Magnolia Avenue
Maitland, FL 32751-7437                      Suite 800                                  Suite 1600
                                             Orlando, FL 32801-6404                     Orlando, FL 32801-2367
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                              (d)Bank Of America                         Citibank Sd, Na
Attention: Recovery Department               Po Box 982235                              Attn: Centralized Bankruptcy
4161 Peidmont Pkwy.                          El Paso, TX 79998                          Po Box 20363
Greensboro, NC 27410                                                                    Kansas City, MO 64195


(d)Citibank Usa                              (d)Exxmblciti                              (d)Unvl/citi
Citicorp Credit Services/Attn:Centralize     Attn.: Centralized  Bankruptcy             Attn.: Centralized  Bankruptcy
Po Box 20507                                 Po Box 20507                               Po Box 20507
Kansas City, MO 64195                        Kansas City, MO 64195                      Kansas City, MO 64195


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wells Fargo Bank, NA                      (d)Stonewood Towers Condominium Association,   End of Label Matrix
                                             c/o Carlos R. Arias, Esq.                      Mailable recipients    38
                                             Clayton & McCulloh                             Bypassed recipients     2
                                             1065 Maitland Center Commons Blvd.             Total                  40
                                             Maitland, FL 32751-7437
```