# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE:<br><br>Michael Sean Hartman<br><br>Nancy Ann Hartman<br><br><br><br>**Debtors** | Case No:   6:13-bk-09074-ABB<br>Chapter 13 |

## Notice of Chapter 13 Confirmation Hearing

   **PLEASE TAKE NOTICE** that the debtors filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

   Creditors are advised that the payment amounts and frequency of payments as described in the debtors' plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

   **NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 03/12/2014 at 10:10 AM in courtroom 6B, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL.

   At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination,** provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less that that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeiness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

   Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restrcicts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the attached matrix this 27th day of January, 2014.

/S/ LAURIE K. WEATHERFORD

Laurie K Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
FL Bar No. 0746967
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-09074-ABB<br>Middle District of Florida<br>Orlando<br>Mon Jan 27 15:07:54 EST 2014 | CITIMORTGAGE, INC.<br>STEFAN BEUGE<br>888 3RD AVENUE, STE 201<br>FORT LAUDERDALE, FL 33316-1159 | FIRST SOUTHERN BANK<br>c/o Michael A. Nardella, Esquire<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 |
| Michael Sean Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 | Nancy Ann Hartman<br>2308 Island Club Way<br>Orlando, FL 32822-8424 | Stonewood Towers Condominium Association, In<br>c/o Carlos R. Arias, Esq.<br>Clayton & McCulloh<br>1065 Maitland Center Commons Blvd.<br>Maitland, FL 32751-7437 |
| Wells Fargo Bank, N.A<br>c/o Kelley and Fulton, P.L<br>1665 Palm Beach Lakes<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Wells Fargo Bank, N.A., successor by merger<br>Law Offices of Dennis LeVine & Associate<br>P.O. Box 707<br>Tampa, FL 33601-0707 | Wells Fargo Bank, NA<br>c/o Nicole Mariani Noel<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Abn Amro Mortgage Grou<br>PO BOX 9438<br>Gaithersburg, MD 20898-9438 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>Po Box 78234<br>Phoenix, AZ 85062-8234 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL ONE, N.A.<br>PO Box 12907<br>Norfolk, VA 23541-0907 | Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citimortgage<br>P.O. Box 653084<br>Dallas, TX 75265-3084 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| First Southern Bank<br>945 S. Orange Ave<br>Orlando, FL 32806-1212 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gecrb/tydc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | M&W Marine<br>1529 Bishop Branch Road<br>Pendleton, SC 29670-9705 | Orange County Property Taxes<br>200 S. Orange Ave.<br>Suite 1700<br>Orlando, FL 32801-3438 |
| Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 |

| | | |
|---|---|---|
| Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Santander Consumer USA<br>P.O. BOX 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Stonewood Towers Condo Assoc<br>820 N Atlantic Avenue<br>Cocoa Beach, FL 32931-3199 | United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 | WELLS FARGO BANK N.A.<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES, IA 50328-0001 |
| Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P6103-05K<br>Po Box 3908<br>Portland, OR 97208-3908 | Wells Fargo Bank, N.A.<br>Attention Payment Processing<br>MAC #X2302-04C<br>One Home Campus<br>Des Moines, Iowa 50328-0001 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wfs Financial/Wachovia Dealer Srvs<br>Po Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Craig I Kelley +<br>Kelley & Fulton, P.A.<br>1665 Palm Beach Lakes Boulevard<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Alison Verges Walters +<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601-0707 |
| Alice A Blanco +<br>Aldridge Connors LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road Northeast - Suite 500<br>Atlanta, GA 30305-1636 | Carlos R Arias +<br>Clayton & McCulloh<br>1065 Maitland Center Commons Boulevard<br>Maitland, FL 32751-7437 | Michael Nardella +<br>Burr & Forman, LLP<br>200 S. Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 |
| Stefan Beuge +<br>Phelan & Hallinan PLC<br>2727 W Cypress Creek Road<br>Ft. Lauderdale, FL 33309-1721 | Nicole Mariani Noel +<br>Kass, Shuler, Solomon, Spector, etal<br>PO Box 800<br>Tampa, FL 33601-0800 | Trang Goebel +<br>Kaufman Englett & Lynd PLLC<br>111 N. Magnolia Avenue<br>Suite 1600<br>Orlando, FL 32801-2367 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | (d)Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 |

| | | |
|---|---|---|
| (d)Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | (d)Exxmblciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Unvl/citi<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d)First Southern Bank<br>c/o Michael A. Nardella, Esquire<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801-6404 | (d)Stonewood Towers Condominium Association,<br>c/o Carlos R. Arias, Esq.<br>Clayton & McCulloh<br>1065 Maitland Center Commons Blvd.<br>Maitland, FL 32751-7437 |
| (d)Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328-0001 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     4<br>Total                  55 | |